UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ray Capek                                                               Civil 11-1868 PAM/JJG

                Plaintiff,                                  **ORDER OF DISMISSAL**

v.

Jon Melchert, et al.
*dba Melchert Machinery*

                Defendants.

-------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: November __18__, 2011

                                                         s/Paul A. Magnuson
                                                         Paul A. Magnuson**,** Judge
                                                        United States District Court