UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ray Capek

       Plaintiff,                           **ORDER**

v.                                        Civil #11-1868 (PAM/JJG)

Jon Melchert, et al

       Defendant.

------------------------------------------------------------------------

       Upon plaintiff's motion, and for good cause shown, the Court finds that this action should be reopened.

       Accordingly, **IT IS HEREBY ORDERED** that:

1.  The Order of this Court dated November 18, 2011, which dismissed this action is vacated.

2.  This action is reopened.

Dated: December 6, 2011                     s/Paul A. Magnusonn
                                                          Paul A. Magnuson, Judge
                                                          United States District Court